## WALKER v. BOYER.

FISH, P. J. 1. The running and marking by processioners of a line between adjoining landowners, where no boundary line had been previously located and established, was without authority of law; accordingly, the superior court had no jurisdiction of the case made by a protest filed to the return of the processioners fixing such new line.

2. As there was nothing to try, the direction of a verdict by the court was erroneous. Direction is given that the whole proceeding be dismissed for want of jurisdiction over the subject-matter. *Crawford* v. *Wheeler*, 111 *Ga.* 870. *Judgment reversed, with direction. All the Justices concur.*

Submitted October 26, — Decided November 12, 1904.

Processioning. Before Judge Holden. Hancock superior court. February 6, 1904.

*Hunt & Merritt, Allen & Pottle,* and *Felder & Rountree,* for plaintiff in error.

*W. H. Burwell* and *R. H. Lewis,* contra.

---

## UNDERWOOD *et al.* v. UNDERWOOD.

COBB, J. No error of law being complained of, and there being sufficient evidence to warrant the verdict, the discretion of the trial judge in overruling the motion for a new trial will not be controlled.

*Judgment affirmed. All the Justices concur.*

Submitted October 26, — Decided November 12, 1904.

Complaint for land. Before Judge Holden. Hancock superior court. February 25, 1904.

*William H. Burwell,* for plaintiffs in error.

*T. M. Hunt* and *R. L. Merritt,* contra.